

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00543-CV

| | |
|---|---|
| IN RE P.R., Relator | § Original Proceeding |
| | § 481st District Court of Denton County, Texas |
| | § Trial Court No. 23-11660-481 |
| | § December 11, 2025 |
| | § Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered relator P.R.'s petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to (1) vacate its order denying P.R.'s plea to the jurisdiction, and 2) grant the plea, and (3) dismiss the entire SAPCR, including the temporary orders.

It is further ordered that each party shall pay their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth